PROB 35              **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:10CR00389 AWI** |
| ) | |
| **DAWN F. STRANGE** ) | |
| ) | |

On June 16, 2004, the aforementioned was sentenced in the District of Nebraska to a term of supervised release for a period of 5 years. The offender has complied with the rules and regulations of supervision. On August 9, 2012, Assistant United States Attorney, Kevin P. Rooney submitted written documentation to the United States Probation Office advising that there is no objection to an early termination of supervision in this case. It is accordingly recommended that the offender be discharged from supervision.

                                        Respectfully submitted,

                                        /s/ Adrian Garcia

                                        **ADRIAN GARCIA**
                                     **United States Probation Officer**

Dated:       August 1, 2012
               Fresno, California
               AG/rv


**REVIEWED BY:**     /s/ Robert Ramirez
                          **ROBERT RAMIREZ**
                          **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re: DAWN F. STRANGE**
**Docket Number: 1:10CR00389**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the offender, Dawn F. Strange, be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated: August 18, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG